E-FILED
Friday, 30 August, 2024 01:07:43 PM
Clerk, U.S. District Court, ILCD

UNITED States DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

Jason Lee Montague
Plaintiff
VS.

Jasmine Ryan
Ryan Blankenship
Shane Crutchfield
KayLee Montague
Tammy Heckman
Denise Heckman
Jermey Heckman
Joshua Ackles
The whole Ackles Famliy
Janice's Sim's
Lyle Sim's
Troy Sim's
Mason of America
Shrinner's of America
Rhonda Butler
Jeff Butler
Cory Butler
Shawn Butler
CARIE K
KA Miss Shirley at the Oacis
OASIS
JeFFrey Mueller
Terry Collin's

FILED
AUG 30 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1.) Jasmine Ryan Belitte The whole Country. She Changed my paperwork That was sent 151 S. Main St.. She also Changed the Addres from 151 S. main. This is the pedse of paper the she typed on Right Here.

2) Everone of these people Violated my Whole Famliy Civil Right's. They All Violatted my 7 and 14 amendment's. They All Have praticing Majic on me and my whole Famliy Civil Right's. Every Day of my LIFE

3.) Every Judge Has Vilated my Civil Right's Every time I went to Court They Vilated my Civl Right's.

4.) They took my Driver's License that I NEVER HAD.

5.) I did 29 year's in state prison and I was in Paxton Fedral City Jail. Judge Paton was a WORLD War 2 Veterean And. Harvey C. Welch was my Attorney. And he was a cop out artist. Every Attoreney Refussed to Fight For Justice.

6.) The State's Attorney office of Macon County Violatted my Whole Famliy's Civil Right's.

7.) Jasmine Ryan is a lieing her butt off. Everything she Say's is a lie. she is playing a game that the Shrinner's inventted in 1945. All of you ARE lieing They Teeth out of there mouth.

8.) I've Been homeless For 4 long year on the Street's OF Decatur, Illinios.

9. Everyone Torcher's me with eltronical ring's on my Feet. It was Joshua Ackle's that has tochered me Every-Day of My Life. I AM Tired of All of my Famliy's Civl Right's Being Violatted Every Day of my life These people Are Controll Freak. They Think I'm Jesus Christ but My NAME IS JASON LEE MONTAGUE.

1.) This is not A Music go AROUND. Everyone Hate me Because of Joshua Ackles and his Famliy.

.) Terry Collin's stole my Civil Right's By Stealing my Big Daddy Trick Bike From Cirle K. ON Eldorado St Decatur Illinois.

2.) Every city Cop Violated my Civil Right's By Looking AT MY ASS Every Day of my LiFe They have Violath my Civil Right's.

13.) Dismiss Case Number 24-2197.

14.) This is A TRUE STATEMENT so HEIPME GOD. I Never Told 1 lie on this paper work.

Mr. Jason Lee Montague

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 305
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

stamps
$0.09 0
US POSTAGE
FIRST-CLASS
062S0001443279
FROM 61602
B98336.20

stamps
$0.88 0
US POSTAGE
FIRST-CLASS
062S0001443205
FROM 61602
B98333.25

RETURNED TO SENDER

**Returned for Postage, Stamps are void when coated, covered, taped, defaced, or reused.**

AUG 26 2024

[redacted]